IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TEMIKA SMITH-HARDEN, DOMINQUE R. WALTON, and NICOLE WILLIAMS <br><br> Plaintiffs, <br><br> v. <br><br> PEPSICO, INC., JOHN DOES 1, and JOHN DOE 2 | CIVIL ACTION NO. |

## NOTICE OF REMOVAL

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Please take notice that the Defendant hereby consents to and do so remove this case from the STATE Court of the State of Georgia, County of GWINNETT, to the United States District Court in the Northern District of Georgia, Atlanta Division. This removal is based upon the following grounds:

[1]

1.

Plaintiffs, Temika Smith-Harden, Dominuqe R. Walton, and Nicole Williams (collectively, "Plaintiffs") are all citizens of the state of Georgia [**Ex. A**, Compl. Para. 1-3].

2.

The Defendant is a citizen of a state <u>other than</u> Georgia. The citizenship of the Defendant is as follows:

a. PepsiCo, Inc. ("PepsiCo"), an improper party to these proceedings, is now and was at the time of the commencement of this action a corporation incorporated under the laws of the State of North Carolina with its principle place of business in the State of New York.

3.

The remaining Defendants consist of parties who have been sued under the fictitious names, "John Doe 1" and "John Doe 2." These Defendants' citizenship do not matter for purposes of diversity jurisdiction. Pursuant to 28 U.S.C. § 1441 (b)(1), "[i]n determining whether a civil action is removable on the basis of jurisdiction

under section 1332(a) of this title [28 USCS], the citizenship of defendants sued under fictitious names shall be disregarded."[1]

4.

Pursuant to 28 U.S.C. § 1332, "district courts shall have original jurisdiction over all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states." Here, Plaintiffs and Defendant are citizens of different states and the amount in controversy is greater than $75,000.

5.

With respect to the amount in controversy, the Supreme Court has held that a Defendant need only set forth a "short and plain" statement to be entitled to removal. *Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S.Ct. 547, 551 (2014).

---

[1] Plaintiffs cite no cases in the Complaint in which the resident of a "ficticious party" is considered for purposes of diversity jurisidiction, nor could they. "[T]he citizenship of defendants sued under fictitious names shall be disregarded." 28 U.S.C. § 1441 (b)(1). All the cases cited by Plaintiffs involve <u>named</u> individuals who were residents of the State of Georgia. See, <u>Poll v. Deli Mgmt., Inc.</u> 1:07-CV-0959-RWS, 2007 U.S. Dist. LEXIS 62564 (N.D. Ga. Aug. 24, 2007) (individual resident was <u>named</u> defendant); <u>Stalvey v. Wal-Mart Stores E., LP</u>, 5:10-CV-206-MTT, 2010 U.S. Dist. LEXIS 91066 (N.D. Ga. Sep. 2, 2010) (same); <u>Stephens v. Wal-Mart Stores East, LP</u>, No. 5:09-cv-325, 2010 U.S. Dist. LEXIS 35506 (M.D. Ga., Apr. 12, 2010) (same); <u>Mobley v. Wal-Mart Stores, Inc.</u>, No. 2:09-cv-3019-DCN, 2010 U.S. Dist. LEXIS 10783 (D.S.C. Feb. 8, 2010 (same); <u>Mack v. Wal-Mart Stores, Inc.</u>, No. 1:07-cv-3105-RBH, 2007 U.S. Dist. LEXIS 79646 (D.S.C. Oct. 26, 2007 (same).

Evidentiary submissions are not required. *Id.* "Rather, defendants may simply allege or assert that the jurisdictional threshold has been met." *Id.* (quoting the House Judiciary Committee). Here, it is clear from the Plaintiff's Complaint that the alleged amount in controversy exceeds $75,000.00. Plaintiffs alleges claims for "severe and permanent injuries," "medical expenses" collectively of approximately $62,436.32, future medical expenses, "pain and suffering," "anxiety, shock, and worry," and "future pain and suffering." [Compl. para. 43-55]. Plaintiffs request judgment for "compensatory and punitive damages" and "reasonable attorney's fees." [Compl. para. 59 and Wherefore Clause].

5.

Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders served upon Defendants are attached hereto as the following: Summons, Complaint, Case Information Form (**Exhibit A**); Entry of Service – PepsiCo (**Exhibit B**); Plaintiff's First Interrogatories and First Requests for Production of Documents; (**Exhibit C**); Answer – State Court – PepsiCo (**Exhibit D**); and, Notice of Filing Notice of Removal (**Exhibit E**).

6.

Defendants reserve the right to amend or supplement this Notice of Removal.

7.

Pursuant to 28 U.S.C. § 1446(d), Defendants are providing written notice to the Plaintiffs and filing a copy of this Notice with the clerk of the STATE Court of GWINNETT County.

8.

Defendants request a trial by jury on all issues appropriate for jury determination.

WHEREFORE, Defendants remove this action filed against it in the STATE Court of the State of Georgia, in and for the County of GWINNETT, to this honorable Court.

This 28th day of JULY, 2021.

                                                WEATHERBY LAW FIRM, PC

                                                /s/Alex D. Weatherby
                                                Alex D. Weatherby
                                                Georgia Bar No. 819975
                                                F. Robert Slotkin
                                                Georgia Bar No. 653001

750 Piedmont Avenue NE
Atlanta, GA 30308
404-793-0026
404-793-0106 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TEMIKA SMITH-HARDEN, DOMINQUE R. WALTON, and NICOLE WILLIAMS<br><br>Plaintiffs,<br><br>v.<br><br>PEPSICO, INC., JOHN DOES 1, and JOHN DOE 2 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION<br>)   NO.<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this date served a copy of the within and foregoing NOTICE OF REMOVAL upon opposing counsel in this matter by placing a copy in the U.S. Mail addressed to:

> Joseph A. Zdrilich, Esq.
> The Zdrilich Law Group, LLC
> 3573 Koger Blvd
> Suite 125
> Duluth, GA 30096

This 28th day of JULY, 2021.

                                          WEATHERBY LAW FIRM, PC

                                             /s/Alex D. Weatherby
                                             Alex D. Weatherby

                                                        Georgia Bar No. 819975
                                                        F. Robert Slotkin
                                                        Georgia Bar No. 653001

750 Piedmont Avenue NE
Atlanta, GA 30308
404-793-0026
404-793-0106 (fax)

[7]